## Anonymous.

On error, brought from the Columbia Common Pleas, the judgment was affirmed in this Court, and *double costs* had been taxed, as well as *interest*,(a) by way of damages, for delay of execution; and now,

*E. Williams* moved for a re-taxation upon this ground, among others. He said the party was not entitled both to *double costs* and *damages*, for the delay. Double costs are the penalty, and if the party elect these, he waives the damages.

*R. I. Wells*, contra, said the statute (sess. 36, ch. 96, s. 13 and 14, 1 R. L. 346,) is explicit in giving both ; that, consequently, the election of one was not a waiver of the other ;

And of this opinion was *the Court.*

Motion denied.

On affirmance of judgment upon a writ of error, the plaintiff is entitled both to double costs and interest by way of damages for delay of execution. Interest taxed with the costs.

(a) Vid. 2 Dunl. Pr. 1168 ; 5 Taunt. 656, 658 ; 6 id. 117, 346 ; 7 id. 14, 244 ; Tidd, 1219, 1220, 1221, and other cases cited in 2 Dunl. Pr. 1168, 1169, as to the cases in which interest is allowed, on affirming judgment below.